# Court of Appeals
# of the State of Georgia

ATLANTA,  May 15, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0432.     CHARMON PITTMAN v. SUMMIT RESTAURANT DEVELOPMENT, LLC.**

Charmon Pittman, plaintiff in the case below, has filed an application for discretionary review of the trial court's order granting the defendant's motion to enforce a settlement agreement between the parties.  Pittman does not indicate why he believes he was required to follow the discretionary appeal procedures.  From the limited information included in the application materials, the trial court's order appears to have resolved all pending issues in the case and no provision of the discretionary appeal statute, OCGA § 5-6-35 (a), appears to apply. The order, therefore, appears to be subject to direct appeal.

This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED.  Pittman shall have ten days from the date of this order to file a notice of appeal with the trial court.  If he has already filed a notice of appeal, he need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,   05/15/2018*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*